DAVID D. JOHNSON (State Bar No. 204458)
ABIGAIL H. WONG (State Bar No. 245652)
E-Mail: djohnson@health-law.com
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

Attorneys for Plaintiff
EASTECH ELECTRONICS (TAIWAN) INC.,
a Taiwan corporation

FILED
CLERK, U.S. DISTRICT COURT
APR 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EASTECH ELECTRONICS (TAIWAN) INC., a Taiwan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>E&S INTERNATIONAL ENTERPRISES, INC., a California corporation, APH USA, INC., a California corporation; MARK BARRON, an Individual, PHILIP ASHERIAN, an Individual and DOES 1-100, inclusive,<br><br>Defendants.<br><br>E&S INTERNATIONAL ENTERPRISES, INC., a California corporation, and APH USA, INC., a California corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>EASTECH ELECTRONICS (TAIWAN) INC., a Taiwan corporation, et al.,<br><br>Cross-Defendant. | CASE NO. CV07-3204 ODW (EX)<br>[Assigned to Dist. Judge Otis D. Wright II]<br><br>Courtroom 11<br><br>[Magistrate Judge Charles Eick for Discovery Purposes]<br><br>[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER |

1046291.1

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER

1  Having read and considered the parties' Stipulated Protective Order, and good
2  cause appearing, the Court orders that the Stipulated Protective Order is entered and
3  is the Order of this Court.

5  **IT IS SO ORDERED.**

7  DATED: April 15, 2008

By: _____
~~Hon. Otis D. Wright II~~
~~Judge of the United States District Court~~ for
~~the Central District of California~~
Charles F. Eick
United States Magistrate Judge

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181