JEFFER, MANGELS, BUTLER & MARMARO LLP
DAVID D. JOHNSON (Bar No. 204458)
AMY LERNER HILL (Bar No. 216288)
Email: djohnson@jmbm.com
Email: akl@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Plaintiffs
EASTECH ELECTRONICS (TAIWAN) INC.
and EASTERN ASIA TECHNOLOGY LTD.

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EASTECH ELECTRONICS (TAIWAN), INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>E & S INTERNATIONAL ENTERPRISES, INC., et al<br><br>Defendants. | CASE NO. CV07-3204 ODW (EX)<br><br>**JUDGMENT** |
| AND RELATED CROSS ACTION | |

WHEREAS Eastech Electronics (Taiwan), Inc. and Eastern Asia Technology Limited (collectively, "EASTECH") filed a complaint, as amended (the "Complaint") against E&S International Enterprises, Inc. ("ESI"), APH USA, Inc. ("APH"), Mark Barron and Philip Asherian (collectively "DEFENDANTS");

WHEREAS ESI and APH filed a counterclaim, as amended (the "Counterclaim") against Eastech Electronics (Taiwan) Inc.;

WHEREAS the matter came on for trial before the Court on October 8, 2008;

WHEREAS following trial of this matter, on February 9, 2009, the Court issued a Statement of Decision;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. EASTECH is entitled to judgment on its First through Fourth Causes of Action, for Common Counts and Breaches of Contract, against ESI and APH, jointly and severally, in the amount of $1,325,147.00, plus prejudgment interest of $230,539.27 (calculated at 10% per annum, per California Civil Code Section 3289(b), from May 16, 2007, when the original Complaint was filed, until February 9, 2009).

2. EASTECH is entitled to judgment on its Fifth Cause of Action, for Anticipatory Breach of Contract, against ESI and APH, jointly and severally, in the amount of $353,061.00, plus prejudgment interest of $61,422.94 (calculated at 10% per annum, per California Civil Code Section 3289(b) from May 16, 2007, when the original Complaint was filed, until February 9, 2009).

3. EASTECH is entitled to judgment on its Sixth Cause of Action, for Breach of Contract, against ESI and APH, jointly and severally, in the amount of $176,677.79, plus prejudgment interest of $24,638.11 (calculated at 10% per annum per California Civil Code Section 3289(b) from September 19, 2007, when the First Amended Complaint was filed, until February 9, 2009).

4. EASTECH is entitled to judgment on its Tenth Cause of Action, for Libel against all Defendants, ESI, APH, Mark Barron and Philip Asherian, jointly and severally, in the amount of $375,000.00, plus, at the Court's discretion, per California Civil Code Section 3288, prejudgment interest of $36,606.16 (calculated at 7% interest, per Cal. Const., art XV, § 1, when September 19, 2007, after the First Amended Complaint was filed, until February 9, 2009).

5.     DEFENDANTS are entitled to judgment, and EASTECH shall take nothing, on the Seventh, Eighth, Ninth and Eleventh Causes of Action in the Complaint.

6.     EASTECH is entitled to judgment, and ESI and APH shall take nothing, on each and every one of the causes of action in the Counterclaim.

7.     EASTECH is entitled to attorneys fees, under its contracts with ESI and APH, as the prevailing party, against ESI and APH, jointly and severally, in the amount of $ TBD.

8.     EASTECH is entitled to its costs of suit, as the prevailing party, against all Defendants, in the amount of $ TBD.

IT SO ORDERED.

Dated: February 12, 2009     _____
                             Otis D. Wright II
                             United States District Judge