## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 07-3204 ODW(Ex) | Date | March 30, 2009 |
|---|---|---|---|
| Title | Eastech Electronics (Taiwan), Inc. v. E&S International Enterprises, Inc., et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Anne Kielwasser | |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Johnson | Ernest Price |
| | Brian Vanderhoof |

**Proceedings:**　　**Hearing on Motion for Stay of Execution of Judgment or Any Proceedings to Enforce Judgment Pending Disposition of Defendants' Motion for New Trial and Motion to Modify or Amend Judgment [228] (Filed 2/27/09)**

Case called, appearances made. The Court confers with counsel. A portion of the hearing is conducted off the record.

The Court GRANTS the motion. Plaintiff is not precluded from filing an abstract of judgment at the Hall of Records, but the Court orders that plaintiff NOT yet take steps to execute the judgment.

The hearing on defendants' Motion for a New Trial [221] (Filed 2/27/09) and Motion to Alter or Amend Judgment [222] (Filed 2/27/09), presently scheduled for May 11, 2009 at 1:30 p.m., is hereby ADVANCED to **Monday, April 6, 2009 at 3:00 p.m.**

The hearing on plaintiff's Application for Attorneys Fees [218] (Filed 2/26/09) remains scheduled for May 11, 2009 at 1:30 p.m.

　　　　　　　　　　　　　　　　　　　　　　　　　　:　　15

Initials of Preparer　　RGN